

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

January 29th, 1939

Hon. I. Predecki, County Auditor
Galveston, Texas

Dear Mr. Predecki:

Opinion No. O-133
Re: Salaries of Precinct
Officers on fee basis

Your request for an opinion on the following question:

"In a county where the District and
County Officials are on a monthly salary and
the precinct officers are on a fee basis, may
a bill rendered for subpoenaing two witnesses
residing in the said county for a trial in an-
other county be properly paid by the other
county to the constable?"

has been received by this office.

Hon. Geo. H. Sheppard, Comptroller of Public
Accounts, presented almost the identical question to
this department on February 12th, 1936, and the Hon. Joe
J. Alsup, Assistant Attorney General, rendered an opin-
ion holding that a constable in an over county, who re-
mains on a fee basis and who receives a subpoena from
another county, to be served within his precinct, should,
upon the receipt of the proper certificate from the
foreign county, be paid out of the Officers' Salary Fund
of his native County, to which opinion the writer entire-
ly concurs.

Your attention is directed to Senate Bill No. 5,
Acts Second Called Session, 44th Legislature, Section 17b,
which reads in part as follows:

"In counties wherein the County officers
named in this Act are compensated on the basis
of an annual salary, the State of Texas shall

not be charged with and shall not pay any
fee or commission to any precinct officer
for any services by him performed, but said
officer shall be paid by the County out of
the Officers' Salary Fund such fees and com-
missions as would otherwise be paid him by
the State for such services."

In view of this last quoted article, it is apparent
that all fees heretofore paid to the State of Texas
for services rendered by precinct officers shall here-
after be paid by the county out of the Officers' Salary
Fund.

In view of the foregoing authority, the
writer is of the opinion and you are respectfully ad-
vised that a constable in an over county, who remains on
a fee basis and who receives a subpoena from another
county, to be served in his precinct, should, upon the
receipt of the proper certificate from the foreign county,
be paid out of the Officers' Salary Fund of his native
county.

You are further advised that Galveston County
should pay the constable mentioned in your inquiry out
of the salary fund of Galveston County.

Trusting that the foregoing answers your in-
quiry, I remain

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Assistant

AW:OMB

APPROVED

ATTORNEY GENERAL OF TEXAS